

**SEALED**

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2020
AUGUST 31, 2021 SESSION

FILED
AUG 31 2021
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

**UNITED STATES OF AMERICA**

v.                                CRIMINAL NO. 2:21-cr-00152
                                  18 U.S.C. § 242
**CHRISTOPHER OSBORNE**           18 U.S.C. § 844(h)(1)
                                  18 U.S.C. § 1512(b)(3)


**I N D I C T M E N T**

The Grand Jury charges:

**COUNT ONE**
**(Deprivation of Rights Under Color of Law)**

1. On January 19, 2021, the defendant, CHRISTOPHER OSBORNE, served as a police officer with the Marmet Police Department in Marmet, West Virginia, and as a firefighter with both the Charleston Fire Department in Charleston, West Virginia, and the Danville Volunteer Fire Department in Danville, West Virginia.

2. On January 19, 2021, Victim 1, a person known to the Grand Jury, was a 16-year-old minor female.

3. On or about January 19, 2021, at or near Danville, Boone County, West Virginia, and within the Southern District of West Virginia, defendant CHRISTOPHER OSBORNE, while acting under color of law, penetrated Victim 1's vulva with his penis, and made contact with Victim 1's vulva with his mouth, all without Victim

1's consent, thereby willfully depriving Victim 1 of liberty without due process of law, which includes the right to bodily integrity, secured and protected by the Constitution and laws of the United States. The offense included aggravated sexual abuse, attempted aggravated sexual abuse, kidnapping, and attempted kidnapping, and resulted in bodily injury to Victim 1.

In violation of Title 18, United States Code, Section 242.

## COUNT TWO
### (Deprivation of Rights Under Color of Law)

1. On November 6, 2019, the defendant, CHRISTOPHER OSBORNE, served as a police officer with the Madison Police Department in Madison, West Virginia, and as a firefighter with the Danville Volunteer Fire Department in Danville, West Virginia.

2. On November 6, 2019, Victim 2, a person known to the Grand Jury, was a 49-year-old woman.

3. On or about November 6, 2019, at or near Madison, Boone County, West Virginia, and within the Southern District of West Virginia, defendant CHRISTOPHER OSBORNE, while acting under color of law, destroyed the property of Victim 2, without lawful justification, thereby willfully depriving Victim 2 of the right to be secure in her person, papers, and effects against unreasonable searches and seizures by one acting under color of law, a right secured and protected by the Constitution and laws of the United States. The offense included the use and attempted use of fire.

In violation of Title 18, United States Code, Section 242.

## COUNT THREE
### (Arson to Commit Deprivation of Rights Under Color of Law)

On or about November 6, 2019, at or near Madison, Boone County, West Virginia, within the Southern District of West Virginia, defendant CHRISTOPHER OSBORNE did knowingly use fire to commit a felony offense which may be prosecuted in a court of the United States.

The felony offense constituted a deprivation of rights under color of law (18 U.S.C. § 242) in connection with the conduct alleged in Count Two of this indictment.

In violation of Title 18, United States Code, Section 844(h)(1).

## COUNT FOUR
### (Obstruction of Justice)

On or about January 26, 2021, at or near Madison, Boone County, West Virginia, and within the Southern District of West Virginia, defendant CHRISTOPHER OSBORNE knowingly engaged in misleading conduct toward investigators with the intent to hinder, delay, and prevent the communication to a law enforcement officer and judge of the United States of information relating to the commission and possible commission of a Federal offense, and attempted to do so. Specifically, the defendant, CHRISTOPHER OSBORNE, during a voluntary interview with the West Virginia State Police, falsely denied that on January 19, 2021, he engaged in any sexual contact or sexual act with Victim 1, including fondling Victim 1, touching Victim 1's breast, digitally penetrating Victim 1, and having sex or sexual relations with Victim 1.

In violation of Title 18, United States Code, Section 1512(b)(3).

LISA G. JOHNSTON
Acting United States Attorney


By: *Julie M. White*
JULIE M. WHITE
JENNIFER RADA HERRALD
Assistant United States Attorneys


KRISTEN CLARKE
Assistant Attorney General

By: *Jnif Herrald for*
KATHRYN E. GILBERT
Trial Attorney
Criminal Section
Civil Rights Division