IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT WEST VIRGINIA
CHARLESTON DIVISION

**UNITED STATES OF AMERICA,**

v.                                            CASE NO.: 2:21-CR-00152

**CHRISTOPHER OSBORNE.**

**DEFENDANT'S SENTENCING MEMORANDUM**

Defendant, Christopher Osborne, submits this memorandum for the Court's consideration at his upcoming July 13, 2022, sentencing hearing.

**A.    No Legal Objections:**

Mr. Osborne has no factual or legal objections to the PSR.

**B.    18 U.S.C. §3553(a) Factors:**

Mr. Osborne respectfully requests the Court to accept the sentence agreed to by the defendant and the government pursuant to their binding plea agreement and impose a sentence of (14) years of incarceration. Mr. Osborne acknowledges that he engaged in the commission of a serious criminal offense warranting a substantial sentence. A sentence of (14) years is a substantial sentence that will command respect or the law, will deter criminal conduct, and will not be greater than necessary to achieve the sentencing goals.

WHEREFORE, in conclusion, Mr. Osborne respectfully submits that the sentencing factors under 18 U.S.C. § 3553(a) warrant consideration of a sentence of (14) years. He would respectfully request the Court to recommend BOP placement at its facility in Ashland, KY, or Morgantown, WV.

                        **CHRISTOPHER OSBORNE**
                        **DEFENDANT**

**By Counsel**

/s/ Tim C. Carrico
**Tim C. Carrico, Esq. (WVSB #6771)**
**CARRICO LAW OFFICES, LC**
**105 Capitol Street, Ste 300**
**Charleston, West Virginia 25301**
**Phone:   (304) 347-3800**
**Fax: (304) 347-3688**